FAG ITALIA S.P.A., the Barden Corporation (U.K.) Ltd., the Barden Corporation, and Fag Bearings Corporation, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

The Torrington Company, Defendant–Cross Appellant.

Nos. 01–1258, 01–1259.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2004.

*ORDER*

Upon consideration of the parties' motions to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

The motions are granted. All sides shall bear their own costs.

In re Rolf LASSON.

No. 03–1584.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 12, 2004.

*ORDER*

Upon consideration of Rolf Lasson's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

The motion is granted.*

Robert D. TAYLOR, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 03–3301.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2004.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule

---

* We note that Lasson requests that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.